United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-11522-amc
Lorraine Ziello                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: BarbaraS          Page 1 of 2           Date Rcvd: Jun 03, 2019
                            Form ID: 152            Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2019.

```
db              Lorraine Ziello,    2920 Sequoia Dr,    Macungie, PA  18062-9317
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14286718       #Allied Interstate,    PO Box 361445,    Columbus, OH  43236-1445
14286720        Amato Keating Lessa PC,    107 N Commerce Way Ste 100,    Bethlehem, PA  18017-8913
14286721        American Express,    PO Box 981537,    El Paso, TX  79998-1537
14301812        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
14286726        David J. Apothaker, Esquire,    520 Fellowship Rd Ste C306,    Mount Laurel, NJ  08054-3410
14286790       +Goodman Schwartz & Shaw LLC,    514 Fullerton Ave, Suite 2,    Whitehall, PA 18052-6731
14286728        HRAC,   1 Olympic Pl Ste 1020,    Towson, MD  21204-4109
14290335       +HRAC, LLC,    c/o Amato and Keating, P.C.,    107 North Commerce Way, Suite 100,
                 Bethlehem PA 18017-8913
14289652       +Kevin G. McDonald, Esquire c/o Quicken Loans Inc.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
14286732        Michael J. Dougherty, Esquire,    Weltman Weinberg & Reis Co.,
                 170 S Independence Mall W Ste 874,    Philadelphia, PA  19106-3334
14286733        Michael Rosati,    2920 Sequoia Dr,    Macungie, PA 18062-9317
14286735        Quicken Loans,    PO Box 6577,    Carol Stream, IL  60197-6577
14290160       +Quicken Loans, Inc.,    c/o Kevin McDonald, Esq.,    701 Market St., Ste 5000,
                 Phila., PA 19106-1541
14286736        Radius Global Solutions LLC,    PO Box 390846,    Minneapolis, MN  55439-0846
14286737        Raymour & Flaniga,    1000 Macarthur Blvd,    Mahwah, NJ  07430-2035
14286740        TD Bank,    TD Card Services,    PO Box 16027,    Lewiston, ME  04243-9513
14286741        TD Bank USA/TargetCredit,    PO Box 673,    Minneapolis, MN  55440-0673
14319339       +TD Retail Card Services,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
                 Dallas, TX 75380-0849
14286742        The Home Depot/CBNA,    PO Box 6497,    Sioux Falls, SD  57117-6497
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 04 2019 08:06:36
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 04 2019 08:06:57      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14286717        E-mail/Text: mtamsett@adminrecovery.com Jun 04 2019 08:06:57      Admin Recovery LLC,
                 45 Earhart Dr Ste 102,    Williamsville, NY  14221-7809
14326558        E-mail/Text: ally@ebn.phinsolutions.com Jun 04 2019 08:06:05      Ally Bank,   PO Box 130424,
                 Roseville, MN 55113-0004
14286719        E-mail/Text: ally@ebn.phinsolutions.com Jun 04 2019 08:06:05      Ally Financial,
                 PO Box 380901,    Bloomington, MN  55438-0901
14286722        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 04 2019 08:15:45     Capital One,
                 PO Box 30285,    Salt Lake City, UT  84130-0285
14293458       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 04 2019 08:15:27
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14311666       +E-mail/Text: bankruptcy@cavps.com Jun 04 2019 08:06:54      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14286723        E-mail/Text: bankruptcy@cavps.com Jun 04 2019 08:06:54      Cavalry SPV I, LLC,
                 500 Summit Lake Dr Ste 4A,    Valhalla, NY  10595-2323
14286724        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 04 2019 08:06:19      Comenity Bank/Gordons,
                 PO Box 182120,    Columbus, OH  43218-2120
14286725        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 04 2019 08:06:19
                 Commenity Bank/Victoria Secret,    PO Box 182789,    Columbus, OH  43218-2789
14286727        E-mail/Text: mrdiscen@discover.com Jun 04 2019 08:06:06      Discover Financial Services LLC,
                 PO Box 15316,    Wilmington, DE  19850-5316
14292557        E-mail/Text: mrdiscen@discover.com Jun 04 2019 08:06:06      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14286729        E-mail/Text: bncnotices@becket-lee.com Jun 04 2019 08:06:10      Kohls/CAPONE,   PO Box 3115,
                 Milwaukee, WI  53201-3115
14286730        E-mail/PDF: gecsedi@recoverycorp.com Jun 04 2019 08:15:45      Lowes/SYNCB,   PO Box 965005,
                 Orlando, FL  32896-5005
14286731        E-mail/Text: bknotices@mbandw.com Jun 04 2019 08:06:56      McCarthy Burgess & Wolff,
                 The MB & W Building,    26000 Cannon Rd,    Cleveland, OH  44146-1807
14286734        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 04 2019 08:15:36
                 Portfolio Recovery Associates,    PO Box 12914,    Norfolk, VA  23541-0914
14327843        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 04 2019 08:26:02
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14324781        E-mail/Text: bnc-quantum@quantum3group.com Jun 04 2019 08:06:22
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
```

```
District/off: 0313-4          User: BarbaraS            Page 2 of 2                  Date Rcvd: Jun 03, 2019
                              Form ID: 152              Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14324778         E-mail/Text: bnc-quantum@quantum3group.com Jun 04 2019 08:06:22
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
14303807        +E-mail/Text: bankruptcyteam@quickenloans.com Jun 04 2019 08:06:55       Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
14286738         E-mail/PDF: gecsedi@recoverycorp.com Jun 04 2019 08:15:24       SYNCB/Home Design-HI-PJL,
                 PO Box 965036,    Orlando, FL  32896-5036
14286739         E-mail/PDF: gecsedi@recoverycorp.com Jun 04 2019 08:15:24       SYNCHRONY BANK/Walmart,
                 PO Box 965024,    Orlando, FL  32896-5024
14287408        +E-mail/PDF: gecsedi@recoverycorp.com Jun 04 2019 08:15:45       Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
14327614        +E-mail/PDF: gecsedi@recoverycorp.com Jun 04 2019 08:15:34       Synchrony Bank,
                 c/o PRA Receivables Management, LLC,     PO Box 41021,    Norfolk VA 23541-1021
14327360        +E-mail/Text: bncmail@w-legal.com Jun 04 2019 08:06:49       TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 26

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2019 at the address(es) listed below:

```
              DAVID B. SCHWARTZ    on behalf of Debtor Lorraine  Ziello david@dbsesq.com, DBSchwartzesq@aol.com
              KEVIN G. MCDONALD    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              SCOTT  WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Lorraine Ziello
    Debtor(s)

Case No: 19–11522–amc
Chapter: 13

___

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 8/22/19 at 10:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

 

For The Court

Timothy B. McGrath
Clerk of Court