IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CASE NO. 19-11522 |
| LORRAINE ZIELLO, | : Chapter 13 |
| Debtor : | |

## CERTIFICATION OF SERVICE

I, David B. Schwartz, Esquire, do hereby certify that on August __16__, 2019, a true and correct copy of the Amended Schedule J – Your Expenses, in the above-captioned matter was served upon the following parties at the listed addresses Via ECF:

**SCOTT WATERMAN**
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
ECF frpa@trustee13.com

**United States Trustee**
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
Via ECF USTPRegion03.PH.ECF@usdoj.gov

Dated: 8/16/19

David B. Schwartz, Esquire
Goodman Schwartz & Shaw LLC
Attorneys for Debtor
514 Fullerton Avenue, Suite 2
Whitehall, PA 18052
Telephone: 610-434-2023
Fax: 610-432-4552
ID No. 25490