IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-11522 |
| | : | |
| LORRAINE ZIELLO, | : | Chapter 13 |
| | : | |
| Debtor | : | |

ORDER

Upon consideration of the foregoing Application for Compensation and Reimbursement of Expenses of David B. Schwartz, Esquire, of Goodman Schwartz & Shaw LLC, counsel for Debtor, Lorraine Ziello, and after notice and opportunity for hearing, it is

**ORDERED AND DECREED** that David B. Schwartz, Esquire, of Goodman Schwartz & Shaw LLC be, and he hereby is, allowed compensation as counsel for Debtor for services rendered in the sum of $1,800.00, being the total fee of $3,975.00 less $2,175.00 paid by Debtor prior to the Bankruptcy filing.

BY THE COURT:

**Date: November 18, 2019**

_____
The Honorable Ashely M. Chan
United States Bankruptcy Judge