United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Lorraine Ziello  
    Debtor

Case No. 19-11522-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa    Page 1 of 1    Date Rcvd: Nov 18, 2019  
                     Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2019.  
db          Lorraine Ziello,    2920 Sequoia Dr,    Macungie, PA   18062-9317

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr          +E-mail/PDF: gecsedi@recoverycorp.com Nov 19 2019 04:04:10      Synchrony Bank,  
         c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021  
                                                                                               TOTAL: 1

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2019                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2019 at the address(es) listed below:  
         DAVID B. SCHWARTZ    on behalf of Debtor Lorraine  Ziello david@dbsesq.com, DBSchwartzesq@aol.com  
         KEVIN G. MCDONALD    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com  
         ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)  
          ecfmail@readingch13.com  
         SCOTT  WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com  
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                     TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-11522 |
| | : | |
| LORRAINE ZIELLO, | : | Chapter 13 |
| | : | |
| Debtor | : | |

### ORDER

Upon consideration of the foregoing Application for Compensation and Reimbursement of Expenses of David B. Schwartz, Esquire, of Goodman Schwartz & Shaw LLC, counsel for Debtor, Lorraine Ziello, and after notice and opportunity for hearing, it is

**ORDERED AND DECREED** that David B. Schwartz, Esquire, of Goodman Schwartz & Shaw LLC be, and he hereby is, allowed compensation as counsel for Debtor for services rendered in the sum of $1,800.00, being the total fee of $3,975.00 less $2,175.00 paid by Debtor prior to the Bankruptcy filing.

BY THE COURT:

**Date: November 18, 2019**

_____
The Honorable Ashely M. Chan
United States Bankruptcy Judge