| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 19-11522-PMM

LORRAINE ZIELLO
2920 SEQUOIA DR
MACUNGIE  PA   18062-9317

Petition Filed Date: 03/13/2019
341 Hearing Date: 04/30/2019
Confirmation Date: 10/17/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/03/2019 | $276.52 | Automatic Payr | 07/08/2019 | $276.52 | Automatic Payr | 07/31/2019 | $276.52 | Automatic Payr |
| 08/13/2019 | $279.51 | Monthly Plan P | 09/03/2019 | $276.52 | Automatic Payr | 10/01/2019 | $276.52 | |
| 10/31/2019 | $276.52 | | 12/03/2019 | $276.52 | | 01/02/2020 | $276.52 | |
| 01/31/2020 | $276.52 | | 03/02/2020 | $276.52 | | 03/31/2020 | $276.52 | |
| 05/01/2020 | $276.52 | | 06/02/2020 | $276.52 | | 07/01/2020 | $276.52 | |
| 07/31/2020 | $276.52 | | | | | | | |

**Total Receipts for the Period: $4,427.31    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $4,427.31**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID B SCHWARTZ ESQ | Attorney Fees | $1,800.00 | $1,800.00 | $0.00 |
| 1 | HRAC LLC<br>»» 002 | Secured Creditors | $2,962.34 | $500.69 | $2,461.65 |
| 2 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $6,249.23 | $0.00 | $6,249.23 |
| 3 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $3,419.46 | $0.00 | $3,419.46 |
| 4 | BECKET & LEE, LLP<br>»» 005 | Unsecured Creditors | $4,213.23 | $0.00 | $4,213.23 |
| 5 | QUICKEN LOANS INC<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | CAVALRY INVESTMENTS LLC<br>»» 007 | Secured Creditors | $8,639.39 | $1,460.18 | $7,179.21 |
| 7 | TD RETAIL CREDIT SERVICES<br>»» 008 | Unsecured Creditors | $1,467.58 | $0.00 | $1,467.58 |
| 8 | QUANTUM3 GROUP LLC as agent for<br>»» 009 | Unsecured Creditors | $3,444.46 | $0.00 | $3,444.46 |
| 9 | QUANTUM3 GROUP LLC as agent for<br>»» 010 | Unsecured Creditors | $497.36 | $0.00 | $497.36 |
| 10 | ALLY FINANCIAL<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | TD BANK USA NA<br>»» 012 | Unsecured Creditors | $399.44 | $0.00 | $399.44 |
| 12 | SYNCHRONY BANK<br>»» 013 | Unsecured Creditors | $3,614.94 | $0.00 | $3,614.94 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 014 | Unsecured Creditors | $3,343.55 | $0.00 | $3,343.55 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,427.31 | Current Monthly Payment: | $245.55 |
| Paid to Claims: | $3,760.87 | Arrearages: | ($95.12) |
| Paid to Trustee: | $417.57 | Total Plan Base: | $14,890.81 |
| Funds on Hand: | $248.87 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.