| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 19-11522-PMM**

LORRAINE ZIELLO  
2920 SEQUOIA DR  
MACUNGIE  PA    18062-9317

Petition Filed Date: 03/13/2019  
341 Hearing Date: 04/30/2019  
Confirmation Date: 10/17/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2022 | $276.52 | | 08/31/2022 | $276.52 | | 10/03/2022 | $276.52 | |
| 10/31/2022 | $276.52 | | 12/02/2022 | $276.52 | | 01/04/2023 | $276.52 | |
| 01/31/2023 | $276.52 | | 03/03/2023 | $276.52 | | 03/31/2023 | $276.52 | |
| 05/01/2023 | $276.52 | | 06/01/2023 | $276.52 | | 07/05/2023 | $276.52 | |
| 07/31/2023 | $276.52 | | | | | | | |

**Total Receipts for the Period: $3,594.76    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $14,382.03**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID B SCHWARTZ ESQ | Attorney Fees | $1,800.00 | $1,800.00 | $0.00 |
| 1 | HRAC LLC<br>»» 002 | Secured Creditors | $2,962.34 | $2,832.09 | $130.25 |
| 2 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $6,249.23 | $0.00 | $6,249.23 |
| 3 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $3,419.46 | $0.00 | $3,419.46 |
| 4 | AMERICAN EXPRESS NATIONAL BANK<br>»» 005 | Unsecured Creditors | $4,213.23 | $0.00 | $4,213.23 |
| 5 | QUICKEN LOANS INC<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | CAVALRY SPV INVESTMENTS LLC<br>»» 007 | Secured Creditors | $8,639.39 | $8,259.48 | $379.91 |
| 7 | TD RETAIL CREDIT SERVICES<br>»» 008 | Unsecured Creditors | $1,467.58 | $0.00 | $1,467.58 |
| 8 | QUANTUM3 GROUP LLC as agent for<br>»» 009 | Unsecured Creditors | $3,444.46 | $0.00 | $3,444.46 |
| 9 | QUANTUM3 GROUP LLC as agent for<br>»» 010 | Unsecured Creditors | $497.36 | $0.00 | $497.36 |
| 10 | ALLY FINANCIAL<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | TD BANK USA NA<br>»» 012 | Unsecured Creditors | $399.44 | $0.00 | $399.44 |
| 12 | SYNCHRONY BANK<br>»» 013 | Unsecured Creditors | $3,614.94 | $0.00 | $3,614.94 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 014 | Unsecured Creditors | $3,343.55 | $0.00 | $3,343.55 |

**Chapter 13 Case No. 19-11522-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,382.03 | Current Monthly Payment: | $245.55 |
| Paid to Claims: | $12,891.57 | Arrearages: | ($1,455.59) |
| Paid to Trustee: | $1,238.83 | Total Plan Base: | $14,890.81 |
| Funds on Hand: | $251.63 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.