Certificate Number: 01401-PAE-DE-032986772

Bankruptcy Case Number: 19-11522



01401-PAE-DE-032986772

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 18, 2019, at 3:21 o'clock PM EDT, Lorraine Ziello completed a course on personal financial management given by telephone by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 18, 2019                By:    /s/Jeremy Lark for Alyssa Schuster

Name:  Alyssa Schuster

Title:   Counselor