United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 19-11522-pmm

Lorraine Ziello                                                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 12, 2023 | Form ID: 138OBJ | Total Noticed: 44 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Lorraine Ziello, 2920 Sequoia Dr, Macungie, PA 18062-9317 |
| 14286718 | | Allied Interstate, PO Box 361445, Columbus, OH 43236-1445 |
| 14286720 | | Amato Keating Lessa PC, 107 N Commerce Way Ste 100, Bethlehem, PA 18017-8913 |
| 14286726 | | David J. Apothaker, Esquire, 520 Fellowship Rd Ste C306, Mount Laurel, NJ 08054-3410 |
| 14286790 | + | Goodman Schwartz & Shaw LLC, 514 Fullerton Ave, Suite 2, Whitehall, PA 18052-6731 |
| 14290335 | + | HRAC, LLC, c/o Amato and Keating, P.C., 107 North Commerce Way, Suite 100, Bethlehem PA 18017-8913 |
| 14289652 | + | Kevin G. McDonald, Esquire c/o Quicken Loans Inc., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14286731 | ++ | MCCARTHY BURGESS & WOLFF, 26000 CANNON RD, CLEVELAND OH 44146-1807 address filed with court:, McCarthy Burgess & Wolff, The MB & W Building, 26000 Cannon Rd, Cleveland, OH 44146-1807 |
| 14286733 | | Michael Rosati, 2920 Sequoia Dr, Macungie, PA 18062-9317 |
| 14290160 | + | Quicken Loans, Inc., c/o Kevin McDonald, Esq., 701 Market St., Ste 5000, Phila., PA 19106-1541 |
| 14286740 | | TD Bank, TD Card Services, PO Box 16027, Lewiston, ME 04243-9513 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Dec 13 2023 00:18:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 13 2023 00:18:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14286717 | | Email/Text: customercare@adminrecovery.com | Dec 13 2023 00:18:00 | Admin Recovery LLC, 45 Earhart Dr Ste 102, Williamsville, NY 14221-7809 |
| 14326558 | | Email/Text: ally@ebn.phinsolutions.com | Dec 13 2023 00:18:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14286719 | | Email/Text: ally@ebn.phinsolutions.com | Dec 13 2023 00:18:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 14286721 | | Email/PDF: bncnotices@becket-lee.com | Dec 13 2023 00:31:51 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 14301812 | | Email/PDF: bncnotices@becket-lee.com | Dec 13 2023 00:32:13 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14286722 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 13 2023 00:32:11 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14293458 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 13 2023 00:32:11 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14286723 | | Email/Text: bankruptcy@cavps.com | Dec 13 2023 00:18:00 | Cavalry SPV I, LLC, 500 Summit Lake Dr Ste 4A, Valhalla, NY 10595-2323 |

District/off: 0313-4 | User: admin | Page 2 of 3
Date Rcvd: Dec 12, 2023 | Form ID: 138OBJ | Total Noticed: 44

| | | | |
|---|---|---|---|
| 14311666 | + Email/Text: bankruptcy@cavps.com | Dec 13 2023 00:18:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14286724 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 13 2023 00:18:00 | Comenity Bank/Gordons, PO Box 182120, Columbus, OH 43218-2120 |
| 14286725 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 13 2023 00:18:00 | Commenity Bank/Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 14286727 | Email/Text: mrdiscen@discover.com | Dec 13 2023 00:18:00 | Discover Financial Services LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 14292557 | Email/Text: mrdiscen@discover.com | Dec 13 2023 00:18:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14286728 | Email/Text: customerservice@hrac.us | Dec 13 2023 00:18:00 | HRAC, 1 Olympic Pl Ste 1020, Towson, MD 21204-4109 |
| 14286729 | Email/Text: PBNCNotifications@peritusservices.com | Dec 13 2023 00:18:00 | Kohls/CAPONE, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14286730 | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 13 2023 00:31:52 | Lowes/SYNCB, PO Box 965005, Orlando, FL 32896-5005 |
| 14286731 | Email/Text: bknotices@mbandw.com | Dec 13 2023 00:18:00 | McCarthy Burgess & Wolff, The MB & W Building, 26000 Cannon Rd, Cleveland, OH 44146-1807 |
| 14286732 | Email/Text: PHILAW@weltman.com | Dec 13 2023 00:18:00 | Michael J. Dougherty, Esquire, Weltman Weinberg & Reis Co., 170 S Independence Mall W Ste 874, Philadelphia, PA 19106-3334 |
| 14286734 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 13 2023 00:31:10 | Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541-0914 |
| 14327843 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 13 2023 00:31:10 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14324781 | Email/Text: bnc-quantum@quantum3group.com | Dec 13 2023 00:18:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14324778 | Email/Text: bnc-quantum@quantum3group.com | Dec 13 2023 00:18:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14286735 | Email/Text: bankruptcyteam@quickenloans.com | Dec 13 2023 00:18:00 | Quicken Loans, PO Box 6577, Carol Stream, IL 60197-6577 |
| 14303807 | + Email/Text: bankruptcyteam@quickenloans.com | Dec 13 2023 00:18:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14286736 | Email/Text: ngisupport@radiusgs.com | Dec 13 2023 00:18:00 | Radius Global Solutions LLC, PO Box 390846, Minneapolis, MN 55439-0846 |
| 14286738 | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 13 2023 00:32:12 | SYNCB/Home Design-HI-PJL, PO Box 965036, Orlando, FL 32896-5036 |
| 14286739 | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 13 2023 00:32:11 | SYNCHRONY BANK/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 14287408 | + Email/PDF: ebn_ais@aisinfo.com | Dec 13 2023 00:31:48 | Synchrony Bank, by AIS InfoSource, LP, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14327360 | + Email/Text: bncmail@w-legal.com | Dec 13 2023 00:18:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14286741 | Email/Text: bncmail@w-legal.com | Dec 13 2023 00:18:00 | TD Bank USA/TargetCredit, PO Box 673, Minneapolis, MN 55440-0673 |
| 14319339 | + Email/Text: tdebn@credbankserv.com | Dec 13 2023 00:18:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14286742 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 13 2023 00:31:49 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 12, 2023 | Form ID: 138OBJ | Total Noticed: 44 |
| TOTAL: 34 | | |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14327614 | *+ | Synchrony Bank, by AIS InfoSource, LP, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14286737 | ## | Raymour & Flaniga, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2023              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| DAVID B. SCHWARTZ | on behalf of Debtor Lorraine Ziello david@dbsesq.com  dbschwartzesq@aol.com;gerber.taylorb128924@notify.bestcase.com |
| KEVIN G. MCDONALD | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFmail@fredreiglech13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Lorraine Ziello

             Debtor(s)                                                    Case No: 19–11522–pmm

                                                    Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 12/12/23